IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

ALEXIS HUFFMAN

Debtor(s)

Case No. 24-10655
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on June 13, 2024.

2. The debtor(s) §341 Meeting of Creditors was held July 31, 2024.

3. The debtor(s) overall pay record is 58%.

- The debtor(s) was to amend schedules to disclose settlement of $3,000.00 received from suit against former employer in December 2023 (Statement of Financial Affairs).

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied and case be dismissed, or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this August 27, 2024.

Sabrina L. McKinney
Chapter 13 Trustee

By: /s/*Shavon L. Richardson*

Shavon L. Richardson
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: 334-262-8599
email: richardsons@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this August 27, 2024.

**by CM/ECF:**
Danielle K. Greco, Bankruptcy Administrator
ba@almba.uscourts.gov

BROCK & STOUT
bankruptcy@brockandstoutlaw.com

**by First Class Mail, postage prepaid:**
ALEXIS HUFFMAN
10872 CO RD 1
ENTERPRISE, AL 36330

By: /s/*Shavon L. Richardson*
Shavon L. Richardson
Staff Attorney
ASB-4426-V79B
Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: 334-262-8599
email: richardsons@ch13mdal.org